JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERT A. TORRES, | NO. CV 21-7190-JLS (AGR) |
| Plaintiff, | |
| v. | JUDGMENT |
| D. AVALOS, et al., | |
| Defendant. | |

Pursuant to the Order of Dismissal,

IT IS ADJUDGED that judgment is entered for Defendants and this action is dismissed.

DATED: August 17, 2022

JOSEPHINE L. STATON
United States District Judge